■ BOARD OF MANAGERS OF YORK RIVER HOUSE CONDOMINIUM, Appellant, v KINNEY YORK AVENUE, INC., et al., Respondents. [825 NYS2d 49]—Order, Supreme Court, New York County (Bernard J. Fried, J.), entered January 20, 2006, which granted defendants' motion pursuant to CPLR 3211 to dismiss the complaint and denied plaintiff's cross motion for summary judgment, unanimously affirmed, with costs.

The corporate transaction did not trigger the right of first refusal set forth in article X, section 2 of plaintiff's bylaws; the merger and acquisition and subsequent transfer of title to the subject garage unit to an affiliate did not constitute a bona fide sale to a third party for consideration (*see Torrey Delivery v Chautauqua Truck Sales & Serv.*, 47 AD2d 279 [1975]).

We have considered plaintiff's remaining arguments, particularly with respect to the interpretation of contracts, and find them without merit. Concur—Mazzarelli, J.P., Friedman, Sullivan, Williams and Gonzalez, JJ.